**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Price v. City of Chicago, et al., | Case Number:<br>**FILED: JULY 31, 2008**<br>**08CV4341**<br>**JUDGE GRADY**<br>**MAGISTRATE JUDGE VALDEZ**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Christopher Price

| NAME (Type or print) |
|---|
| Louis J. Meyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Louis J. Meyer |
| FIRM |
| Law Offices of Lawrence V. Jackowiak |
| STREET ADDRESS      20 North Clark Street, Suite 1700 |
| CITY/STATE/ZIP  Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290221 | TELEPHONE NUMBER<br>312-795-9595 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |